IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JONATHAN GAFFERS, et al. | ) |
| | ) |
| v. | ) NO. 3-16-0128 |
| | ) JUDGE CAMPBELL |
| SITEL WORLDWIDE CORP., | ) |
| et al. | ) |

ORDER

Pending before the Court is Plaintiff's Pre-Discovery Motion for Conditional Class Certification and Court-Supervised Notice (Docket No. 5). For the reasons stated in the accompanying Memorandum, Plaintiff's Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE