UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **JONATHAN GAFFERS,** individually, and on behalf of others similarly situated, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**SITEL WORLDWIDE CORPORATION,** )<br>a Delaware corporation, and )<br>**SITEL OPERATING CORPORATION,** )<br>a Delaware corporation, )<br>)<br>Defendants. )<br>) | Civil Action No. 3:16-cv-00128 |

## NOTICE OF WITHDRAWAL OF FILED
## CONSENTS TO JOIN COLLECTIVE ACTION

**PLEASE TAKE NOTICE** that Plaintiff Jonathan Gaffers, pursuant to 29 U.S.C. § 216(b), hereby withdraws the following Consents to Join Collection Action as Plaintiffs in this case for:

| | Opt-in Plaintiff | Date Consent Filed |
|---|---|---|
| 1. | Jennifer M. Williams | 4/14/16 |
| 2. | Michael Flynn | 5/4/16 |
| 3. | Tonsania Collins | 5/4/16 |
| 4. | Sandra McElveen | 5/9/16 |
| 5. | Heather Adams | 5/9/16 |
| 6. | Denise Cook | 6/1/16 |
| 7. | Theresa Petty | 6/1/16 |

Dated: June 7, 2016

Respectfully submitted,

s/*Kevin J. Stoops*
Kevin J. Stoops (P64371)
Jesse L. Young (P72614)
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
248-355-0300
kstoops@sommerspc.com
jyoung@sommerspc.com

Gregory F. Coleman (BPR #014092)
GREG COLEMAN LAW PC
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
865-247-0080
greg@gregcolemanlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on June 7, 2016, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ *Veronica L. Stewart*
vstewart@sommerspc.com