```
                  UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF TENNESSEE
                        NASHVILLE DIVISION
```

JONATHAN GAFFERS,                    )
                                     )
        Plaintiff,                   )
                                     )
        v.                           )   NO.  3:16-cv-0128
                                     )   Judge Campbell/Brown
SITEL WORLDWIDE CORP., et al.        )   JURY TRIAL
                                     )
        Defendants.                  )

## O R D E R

A subsequent case management conference is set with the Magistrate Judge by telephone for **Monday, June 20, 2016, at 2:30 p.m.** To participate in the conference call, the parties are directed to dial **(877) 873-8017 and enter Code 1958322#** at the scheduled time. **By 12:00 p.m. (Noon) on Thursday, June 16, 2016**, the parties should submit a brief joint statement of any unresolved issues to brownchambers@tnmd.uscourts.gov.

It is so **ORDERED**.

                                     /s/ Joe B. Brown
                                     JOE B. BROWN
                                     United States Magistrate Judge