```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
        NASHVILLE DIVISION
```

JONATHAN GAFFERS,            )
                             )
        Plaintiff            )
                             )         No. 3:16-0128
v.                           )         Judge Campbell/Brown
                             )         **Jury Demand**
SITEL WORLDWIDE CORP., *et al.*, )
                             )
        Defendants           )

## O R D E R

A telephone conference was held with the parties on June 20, 2016. Judge Campbell has now ruled on the motion for additional class certification and denied it (Docket Entry 43). In view of Judge Campbell's ruling, Plaintiff Gaffers has withdrawn the consent of all other parties to join him in a collective action (Docket Entry 44). Counsel advised that there are cases pending in other jurisdictions and there might or might not be actions by the individuals who had previously consented to join in other collective action to file their own litigation either here or in other jurisdictions.

After discussion with the parties the deadlines previously set in the initial case management order (Docket Entry 35) will remain as the parties did not see any need to change the discovery or motion deadlines. Likewise, the parties did not request any change to the present trial date of January 30, 2018, as set forth by Judge Campbell's order (Docket Entry 38).

The parties advised that because of litigation in other jurisdictions they were not certain that ADR would be beneficial at

this earlier stage. The parties are advised that the Magistrate Judge stands ready to assist with ADR at their request at any point.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge